RECEIVED
MAR 10 2017
United States Court of Appeals
District of Columbia Circuit

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED MAR 10 2017
CLERK

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

STATE OF ALASKA,

*Petitioner,*

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY and SCOTT PRUITT, Administrator, U.S. Environmental Protection Agency,

*Respondents.*

Case No. 17-1074

ORIGINAL

## PETITION FOR REVIEW

Pursuant to the Clean Air Act §307(b)(1) (42 U.S.C. 7607(b)(1)), 5 U.S.C. § 702, Rule 15 of the Federal Rules of Appellate Procedure, and D.C. Circuit Rule 15, the State of Alaska hereby petitions this Court for review of the final action taken by Respondents at 82 Fed. Reg. 3,087 (January 10, 2017) and titled "Protection of Visibility: Amendments to Requirements for State Plans" as it applies to Alaska. This Court has jurisdiction, and is a proper venue for this action, under 42 U.S.C. § 7607(b)(1).

Respectfully submitted, March 8, 2017.

JAHNA LINDEMUTH
ATTORNEY GENERAL

By: [signature]
Breck C. Tostevin
Senior Assistant Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5274 phone
(907) 278-7022 fax
Alaska Bar No. 8906032

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

STATE OF ALASKA, )
)
*Petitioner,* )
)
v. )
)
U.S. ENVIRONMENTAL )
PROTECTION AGENCY and )
SCOTT PRUITT, Administrator, U.S. )
Environmental Protection Agency, )
) Case No.
*Respondents.* )
)

## CERTIFICATE OF SERVICE

I certify that on this date, March 8, 2017, true and correct copies of the **PETITION FOR REVIEW**, and this **CERTIFICATE OF SERVICE** were served on the RESPONDENTS by First Class Mail to each of the following addresses:

Scott Pruitt
EPA Headquarters 1101A
U.S Environmental Protection Agency
William Jefferson Clinton Federal Building
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Jeff Sessions
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Correspondence Control Unit
Office of General Counsel (2311)
United States Environmental Protection Agency
William Jefferson Clinton Federal Building
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Londa M. Wright
Legal Office Assistant

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100